No. 53970.—American Express Company and Finchley, Inc. *v.* United States, protests 138062–K and 145879–K (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53971.—Stevens Nelson Paper Corp. *v.* United States, protests 139175–K and 145001–K (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53972.—Abraham & Straus, Inc., et al. *v.* United States, protests 139606–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53973.—Longmans Green & Co., Inc., et al. *v.* United States, protests 149827–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 53974.—Consolidated Sewing Machine & Supply Co. and Lord & Taylor *v* United States, protests 149840–K and 110397–K (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 24, 1950

No. 53975.—Dean Liquor Distributors, Inc., et al. *v.* United States, protests 64125–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53976.—Capitol Distributors Corp. et al. *v.* United States, protests 64780–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 26, 1950

No. 53977.—Wm. B. Heald & Co., Inc., et al. *v.* United States, protests 95164–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53978.—Bellows & Co., Inc., and G. & N. Import Corp. *v.* United States, protests 136978–K and 136973–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.